| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JUBILEE GROUP HOMES, INC., §
　§
　Plaintiff, §
　§
*versus* § CIVIL ACTION NO. 1:23-CV-213
　§
NINA DENCHUKWU ULASI, §
　§
　Defendant, §
　§
and §
　§
UNITED STATES OF AMERICA, §
　§
　Intervenor. §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION (#32)

On December 14, 2023, the court entered an agreed final judgment (#20) that provided for the sale of the real property at issue.  Pursuant to the agreed final judgment, Intervenor moved (#21) to appoint Dayna Simmons as Receiver for the sale.  The court granted (#22) that motion and appointed Ms. Simmons as Receiver on March 15, 2024 (#23).  On May 23, 2024, Intervenor moved to approve the sale of the property (#24).  Plaintiff's counsel objected to the sale (#27).  On June 26, 2024, United States Magistrate Judge Christine L. Stetson, assigned to assist the court to manage this case, held an evidentiary hearing on the motion to approve the sale and Plaintiff's objections.  The following day, Judge Stetson entered a Report and Recommendation (#32) recommending the court approve the sale.  To date, the parties have not filed objections to the Report and Recommendation.

After review of the motion and supporting documents, the court adopts Judge Stetson's Report and Recommendation (#32).  It is, therefore, **ORDERED** that Intervenor's motion to approve the sale (#24) is **GRANTED**.  The court will issue a separate order approving the sale.

IT IS SO ORDERED.

SIGNED at Beaumont, Texas, this 19th day of July, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE